FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

\_\_\_ FILED \_\_\_ ENTERED
\_\_\_ LOGGED \_\_\_ RECEIVED

Jermaine Lowery #368-621
550 E. Madison St. / B.C.D.C.
Baltimore, Md. 21202

MAY 17 2013
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

(Full name, prison identification
number and address of the plaintiff)

v.

Civil Action No. JFM-13-1463
(Leave blank on initial filing to be filled in by Court.)

Detectives C. Sholter #4222, S. Lawlor #4751
700 E. Joppa Rd.
Towson, Md. 21286

RECEIVED
PRO SE

MAY 17 2013
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

YES ☐    NO ☒

B. If you answered YES, describe that case(s) in the spaces below.

1. Parties to the other case(s):

Plaintiff: _____

Defendant(s): _____

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

   _____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☐    NO ☒

   1. If you answered YES:

      a. What was the result? _____

         _____

      b. Did you appeal?

         YES ☐    NO ☐

   2. If you answered NO to either of the questions above, explain why:

      _Because my claim is against police officers involved in my arrest._

III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

On 1/15/13 at Approximately 10:55AM Detectives C. Shofter #5227, S. Cawlor #5751 decide to search me (Jermaine D. Lowery) while shopping at Walmart (8730 Liberty Rd.) Dispatch advised that there was a Black Male in a Blue and Yellow Jacket and that there was a theft in progress. So the detectives decide to stop and search me without any observations (suspicious or other) of their own, no surveillance cameras or nothing, while I continued to shop inside the store. Also, without any determination of how the theft was taking place. First, a theft can't take place unless a person makes an attempt to leave the store without purchasing the merchandise, Then he has to make an attempt to conceal the items(s), neither occurred. *See Attached

IV. Relief
(State briefly what you want the Court to do for you.)

I seek $75,000.00 for Mental anguish, Pain and suffering, as well as Lost Wages because I've been incarcerated since the incident.

SIGNED THIS 16 day of ~~April~~ May, 2013.

_Jermaine Lowery_
(original signature of plaintiff)

Jermaine Lowery #368621
550 E. Madison St. /B.C.D.C.
Baltimore, Md. 21202
(address of plaintiff)

<u>Continued Statement of Claim</u>

Still, the detectives decided to violate my 4th Amendment right against unreasonable search and siezures. Also, the officers purposely chose not to secure a KGA recording, nor did they attempt to interview any Walmart employees concerning the alleged incident preceding the illegal stop and search. The entire incident did transpire inside of Walmart.